IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR282 |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| KEITH STEWART, | ) | |
| Defendant. | ) | |

IT IS ORDERED that, jury trial for the defendant, Keith Stewart, is scheduled before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **April 25, 2011 at 8:30 a.m.**

Since this is a criminal case, the defendant shall be present, unless excused by the court. If an interpreter is required, one must be requested by the plaintiff in writing five (5) days in advance of the scheduled hearing.

The time between March 7, 2011 and April 25, 2011 is deemed excluded in the interest of justice.

DATED this 7th day of March, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge